IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Civil Action No.:     **07-cv-01462-AP**

**MICHAEL L. WALKER, II,**

                        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
**Frederick W. Newall**
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
newallfrederickw@qwest.net

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Debra Meachum
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294

                                                                                       Telephone: (303) 844-1570
                                                                                             debra.meachum@ssa.gov

**2.**      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

        The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**      **DATES OF FILING OF RELEVANT PLEADINGS**

        **A.**      **Date Complaint Was Filed:**    July 7, 2007
        **B.**      **Date Complaint Was Served on U.S. Attorney's Office:**    July 16, 2007
        **C.**      **Date Answer and Administrative Record Were Filed:**    September 14, 2007

**4.**      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

        To the best of their knowledge, both parties state that the record is complete.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.**      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

        The parties state that there is no additional evidence.

**6.**      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

        The parties state that this case raises no unusual claims or defenses.

**7.**      **OTHER MATTERS**

        None.

**8.**      **PROPOSED BRIEFING SCHEDULE**
        Because of workload, counsel for the Commissioner requests that the response brief be due later than 30 days after filing of the opening brief.  Counsel for both parties agree to the following proposed briefing schedule:

        **A.**      **Plaintiff's Opening Brief Due:**    NOVEMBER 8, 2007
        **B.**      **Defendant's  Response Brief Due:**    JANUARY 24, 2008
        **C.**      **Plaintiff's  Reply Brief (If Any) Due:**    FEBRUARY 7, 2008
**9.**      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:** Plaintiff does not request oral argument**.**

      B.    **Defendant's Statement:** Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

      A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 5th day of October, 2007.

                      BY THE COURT:

                      ***S/John L. Kane***
                      U.S. DISTRICT COURT JUDGE
                      HONORABLE JOHN L. KANE

APPROVED:

|  |  |
|---|---|
| s/Frederick W. Newall   *[date]*<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (Facsimile)<br>newallfrederickw@qwest.net<br><br>Attorney for Plaintiff | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By:  s/Debra Meachum *[date]*<br>       DEBRA MEACHUM<br>       Special Assistant U. S. Attorney<br>       1961 Stout Street, Suite 1001A<br>       Denver, CO 80294<br>       Telephone: (303) 844-1570<br>       debra.meachum@ssa.gov<br><br>       Attorneys for Defendant |

TROY A. EID
United States Attorney